# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD NORWOOD, | Case No. CV 15-3769-GW (JPR) |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| SOTO, Warden, et al., | |
| Respondents. | |

Pursuant to the Order Denying Petition for Writ of Habeas Corpus Without Prejudice and Administratively Closing Case,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: May 27, 2015

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE